OFFICE OF DISCIPLINARY COUNSEL *v.* STANLEY.

[Cite as *Disciplinary Counsel v. Stanley* (1996), 74 Ohio St.3d 218.]

(No. 95–1672—Submitted September 27, 1995—Decided January 10, 1996.)

220

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

---

*Per Curiam.*   Upon review of the record, we concur in the board's findings that respondent violated DR 1–102(A)(5), 1–102(A)(6), and 6–101(A)(3), as well as Gov.Bar R. V(9)(D), V(4)(G), and VI.   We also agree with the sanction recom-

mended for this misconduct. Respondent is therefore permanently disbarred from the practice of law in Ohio.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.